SCANNED

DATE: 06/30/04

Y: Sky

AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

### DISTRICT OF

United States of America

Michael E Brown

**APPEARANCE**

Case Number: 04 - 1755 - CBS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

_____     James E. M. Bell
Date                                            Signature
                                                James E. Michael
                                            Print Name                    Bar Number

                                            _____
                                            Address

                                            _____
                                            City            State          Zip Code

                                            _____
                                            Phone Number                  Fax Number