UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WORCESTER DIVISION

UNITED STATES OF AMERICA

v.                                                                    CRIMINAL NO. 04 MJ 01755 CBS

MICHAEL E. GREEN

## MOTION TO WITHDRAW AS COUNSEL

Now comes Melvin Norris, the Court appointed attorney for Michael E. Green, the defendant in the above captioned matter, and moves that he be allowed to withdraw from representing Mr. Green in this matter. As the reason therefore attorney Norris states that the defendant has retained private counsel, who has filed an appearance in this matter.

Respectfully submitted,

Dated: July 9, 2004

/s/ MELVIN NORRIS
Melvin Norris
260 Boston Post Road, Suite 9
Wayland, MA  01778
508-358-3305